JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN CHAVEZ,<br><br>        Petitioner,<br><br>        v.<br><br>GREG LEWIS, Warden,<br><br>        Respondent. | NO. CV 12-10119-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that judgment is entered denying the Second Amended Petition for Writ of Habeas Corpus, denying the motion for leave to file the Third Amended Petition for Writ of Habeas Corpus, dismissing this action without prejudice.

DATED: August 21, 2024

*George H. Wu*

GEORGE H. WU
United States District Judge